

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIANO F. PAONE, | ) |
| Plaintiff, | ) Civil Action No. 07 2793 (ADS) |
| | ) (Spatt, J.) |
| v. | ) (Lindsay, M.J.) |
| | ) |
| MICROSOFT CORPORATION | ) |
| Defendant. | ) |

07-2973

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   APR 05 2009   ★

LONG ISLAND OFFICE

## [PROPOSED] ORDER FOR STAY PENDING FINAL DISPOSITION OF REEXAMINATION PROCEEDINGS RELATING TO U.S. PATENT NO. 6,259,789

WHEREAS, this is a patent case involving U.S. patent no. 6,259,789 ("the 789 patent");

WHEREAS, on July 7, 2008, the United States Patent and Trademark Office ("the PTO") ordered that certain claims of the 789 patent be reexamined because there was a substantial new question of patentability;

WHEREAS, on March 27, 2009, the PTO rejected all claims of the 789 that are currently under reexamination;

WHEREAS, on April 6, 2009, counsel for Microsoft filed a letter request with the Court, advising of the PTO's claim rejection and urging that a stay of the present litigation pending final disposition of reexamination proceedings relating to the 789 patent would be appropriate;

WHEREAS, on April 7, 2009, during a telephone conference with the Court, counsel for Plaintiff stated that Plaintiff would oppose the rejection of the 789 patent claims in the PTO reexamination proceedings;

3

NOW THEREFORE, the Court, having heard the arguments of the parties, orders as follows:

The present civil action is stayed pending final disposition of *ex parte* reexamination proceedings with regard to the 789 patent, ~~including any and all appeals that are or that can be taken therefrom.~~ The plaintiff shall notify the Court of the completion of the re-examination proceeding in chief.

SO ORDERED.

Dated: 4/15/09

Arthur D. Spatt
United States District Court Judge

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing NOTICE OF SETTLEMENT OF ORDER PURSUANT TO LOCAL RULE 77.1 was caused to be served by e-mail delivery this 7 April 2009 on the following counsel of record:

Jon T. Hohenthaner
Jeanne M. Heffernan
Andrew G. Heinz
Kirkland & Ellis, LLP
153 East 53rd Street
New York, NY 10022-4675

_____
Jeffrey A. Miller
Westerman Ball Ederer Miller & Sharfstein LLP
170 Old Country Road, 4th floor
Mineola, New York 11501
Phone: (516) 622-9200
Fax: (516) 622-9212
*Attorneys for Defendant*
*Microsoft Corporation*

Dale M. Heist
Steven J. Rocci
John E. McGlynn
Daniel J. Goettle
WOODCOCK WASHBURN, LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia PA 19104-2891
(215) 568-3100

David Killough
T. Andrew Culbert
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399
(425) 706-6921

5