Jon T. Hohenthaner (JH 4073)
Andrew G. Heinz (AH 2704)
Ryan C. Micallef (RM 7926)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022-4675
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900

Attorneys for Plaintiff LUCIANO F. PAONE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LUCIANO F. PAONE,

       Plaintiff,

  v.

MICROSOFT CORPORATION,

       Defendant.

Case No. 07-CV-2973-ADS-ARL

## MOTION FOR WITHDRAWAL OF COUNSEL

     John M. Desmarais respectfully moves the Court pursuant to Local Civil Rule 1.4 for leave to withdraw as attorney for Plaintiff Luciano F. Paone in the above-styled matter.  Movant has left the firm of Kirkland & Ellis LLP.  Plaintiff Luciano F. Paone continues to be represented by Jon T. Hohenthaner, Andrew G. Heinz, and Ryan C. Micallef of Kirkland & Ellis LLP.

     WHEREFORE, John M. Desmarais requests that this Motion for Withdrawal be granted and that he be removed from all service lists and no longer receive electronic notices in this case.

Dated:  May 20, 2010                                       /s/ Andrew G. Heinz
                                                   Jon T. Hohenthaner (JH 4073)
                                                   Andrew G. Heinz (AH 2704)
                                                   Ryan C. Micallef (RM 7926)
                                                   KIRKLAND & ELLIS LLP
                                                   601 Lexington Avenue
                                                   New York, New York  10022-4675
                                                   Telephone: (212) 446-4800
                                                   Facsimile:  (212) 446-4900

                                                   Attorneys for Plaintiff LUCIANO F. PAONE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May 2010, a true and correct copy of the foregoing MOTION FOR WITHDRAWAL OF COUNSEL was served by e-mail on counsel for Microsoft as follows:

Jeffrey A. Miller, Esq. (jmiller@westermanllp.com)
Westerman Ball Ederer Miller & Sharfstein, LLP
170 Old Country Road, Suite 400
Mineola, New York  11501
(516) 662-9200

Dale M. Heist, Esq. (heist@woodcock.com)
John McGlynn, Esq. (mcglynn@woodcock.com)
Paul B. Milcetic, Esq. (pbmilcet@woodcock.com)
Daniel J. Goettle, Esq. (dgoettle@woodcock.com)
Woodcock Washburn LLP
2929 Arch St.
Philadelphia, PA  19104
(215) 568-3100

      /s/ Andrew G. Heinz
Andrew G. Heinz (AH 2704)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022-4675
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900