IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIANO F. PAONE,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 07-CV-2973-ADS-ARL |

## ORDER

**AND NOW**, this ___ day of _____, 2010, upon consideration of Plaintiff Luciano F. Paone's Motion To Preclude The Testimony Of Defendant's Proffered Damages Expert Carla S. Mulhern Under Federal Rule of Evidence 702, and any opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED**.

_____
Arthur D. Spatt, U.S. District Judge