STATUS
## CIVIL CAUSE FOR CONFERENCE

BEFORE JUDGE: __SPATT__   DATE: __October 4, 2011__ TIME: __9:~~00~~ 19__ (19 mins)
DOCKET NUMBER: __CV-07-2973__

TITLE: __PAONE, LUCIANO F.   v.   MICROSOFT CORPORATION__

APPEARANCES: FOR PLAINTIFF: Kenneth R. Adamo, Esq. ~~Andrew G. Heinz, Esq.~~

__John Hohenthaner, Esq.__

FOR DEFENDANT: __Dale M. Heist, Esq.__
Daniel J. Goettle, Esq.
__Greg S. Zucker Esq.__
C/R

✓ CASE CALLED.

✓ COUNSEL FOR ALL SIDES PRESENT

___ COUNSEL FOR _____ NOT PRESENT

✓ STATUS CONFERENCE HELD

___ CASE MARKED READY FOR TRIAL _____

___ FURTHER STATUS CONFERENCE SCHEDULED FOR _____

X OTHER Counsel to follow J. Spatt's Rules Regarding Summary Jgmt Motions