AMENDED
~~STATUS~~
CIVIL CAUSE FOR CONFERENCE

BEFORE JUDGE: SPATT          DATE: FEBRUARY 26, 2013  TIME: 9:30 ( 2 hr )
DOCKET NUMBER: CV-07-2973

TITLE: PAONE, LUCIANO F.  v.  MICROSOFT CORPORATION

APPEARANCES: FOR PLAINTIFF: Andrew G. Heinz, Esq.

John Hohenthaner, Esq.
Gianni Cutri
Benjamin Lasley
Kenneth Adamo
Jon Carter

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 26 2013 ★
LONG ISLAND OFFICE

FOR DEFENDANT: Dale M. Heist, Esq.
Dan K. Webb
Raymond Perkins
Daniel Goettle
Greg Zucker
John Murphy

Greg S. Zucker Esq.

C/R    Harry Rappaport

_X_    CASE CALLED.

_X_    COUNSEL FOR ALL SIDES PRESENT

___    COUNSEL FOR _____ NOT PRESENT

___    STATUS CONFERENCE HELD

___    CASE MARKED READY FOR TRIAL _____

_X_    FURTHER STATUS CONFERENCE SCHEDULED FOR September 27, 2013 at 9:00 am.

___    OTHER _____

All motions in limine resolved on the record
#191 Motion to Strike and #206 Motion to Dismiss resolved on the record.