```
MIME-Version:1.0
From:ecf_bounces@nyed.uscourts.gov
To:nobody@nyed.uscourts.gov
Bcc:
--Case Participants: Kenneth R. Adamo (christine.beauchamp@kirkland.com,
kradamo@kirkland.com), Jonathan Ross Carter (jon.carter@kirkland.com,
robert.leonard@kirkland.com), Gianni L. Cutri (gianni.cutri@kirkland.com,
kenymanagingclerk@kirkland.com), Daniel J. Goettle (dgoettle@woodcock.com), Jeanne
M. Heffernan (jheffernan@kirkland.com, kenymanagingclerk@kirkland.com), Andrew
Gordon Heinz (aheinz@desmaraisllp.com), Dale M. Heist (heist@woodcock.com), Benjamin
Adam Lasky (blasky@kirkland.com, kenymanagingclerk@kirkland.com), John E. McGlynn
(jmcglynn@woodcock.com), Jeffrey A. Miller (jmiller@westermanllp.com), John F.
Murphy (jmurphy@woodcock.com, rcacciatore@woodcock.com), Gale R. Peterson
(grpeters@coxsmith.com), Steven J. Rocci (rocci@woodcock.com), Greg S. Zucker
(gzucker@westermanllp.com), Gale R Peterson (grpeters@coxsmith.com), Judge Arthur D.
Spatt (greg_mann@nyed.uscourts.gov, jayme_feldheim@nyed.uscourts.gov,
kristin_padilla@nyed.uscourts.gov, laurie_coleman@nyed.uscourts.gov,
lisa_giunta@nyed.uscourts.gov, maryellen_kirchner@nyed.uscourts.gov,
william_lerner@nyed.uscourts.gov)
--Non Case Participants: ad hoc (dfolsom@jw.com, smontgomery@jw.com)
--No Notice Sent:

Message-Id:<8096636@nyed.uscourts.gov>
Subject:Activity in Case 2:07-cv-02973-ADS Paone v. Microsoft Corporation Report of
Mediation(Settled/Unsettled)
Content-Type: text/html
```

**FILED**
**IN CLERK'S OFFICE**
**U.S. DISTRICT COURT E.D.N.Y.**

★ SEP 09 2013 ★

**LONG ISLAND OFFICE**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

### Notice of Electronic Filing

The following transaction was entered on 9/6/2013 at 10:37 AM EDT and filed on 9/6/2013
**Case Name:**     Paone v. Microsoft Corporation
**Case Number:**   2:07-cv-02973-ADS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**REPORT of Mediation SETTLED subject to filing closing documentation and a stipulation of discontinuance. One mediation session was held on 08/05/2013. Chief Judge David Folsom (ret.) was the Mediator. Questionnaire for Attorneys in Mediated Cases (www.nyed.uscourts.gov/mediation) to be filed with ADR Administrator within**

two weeks following mediation session. Attorney Questionnaires due by 9/23/2013. (Lepp, Gerald)

**2:07-cv-02973-ADS Notice has been electronically mailed to:**

Jeanne M. Heffernan   jheffernan@kirkland.com, kenymanagingclerk@kirkland.com

Jeffrey A. Miller   jmiller@westermanllp.com

Greg S. Zucker   gzucker@westermanllp.com

Steven J. Rocci   rocci@woodcock.com

Gale R. Peterson   grpeters@coxsmith.com

Andrew Gordon Heinz   aheinz@desmaraisllp.com

Benjamin Adam Lasky   blasky@kirkland.com, kenymanagingclerk@kirkland.com

Daniel J. Goettle   dgoettle@woodcock.com

John E. McGlynn   jmcglynn@woodcock.com

Dale M. Heist   heist@woodcock.com

Jonathan Ross Carter   jon.carter@kirkland.com, robert.leonard@kirkland.com

John F. Murphy   jmurphy@woodcock.com, rcacciatore@woodcock.com

Kenneth R. Adamo   kradamo@kirkland.com, christine.beauchamp@kirkland.com

Gianni L. Cutri   gianni.cutri@kirkland.com, kenymanagingclerk@kirkland.com

**2:07-cv-02973-ADS Notice will not be electronically mailed to:**

*[Handwritten note:]* Jury Selection scheduled for October 28, 2013 is cancelled. This case is closed subject to the terms of the settlement agreement.

/s/ Arthur D. Spatt

U.S.D.J.   9/9/13