

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 30 2013 ★

LONG ISLAND OFFICE

LUCIANO F. PAONE,

    Plaintiff,

v.

MICROSOFT CORPORATION,

    Defendant.

Case No. 07-CV-2973-ADS-ARL

ECF Case

## STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Luciano F. Paone ("Paone") and Defendant Microsoft Corp. ("Microsoft") by and through their counsel of record, hereby stipulate and request the Court order as follows:

(1) All claims here at issue between Paone and Microsoft, including all claims presented by Paone's Complaint and all of Microsoft's counterclaims, shall be dismissed with prejudice; and

(2) Paone and Microsoft each shall bear their own costs and attorneys' fees.

So ordered.
Case remains closed.

/s/ Arthur D. Spatt

Arthur D. Spatt, U.S.D.J.
9/30/13